Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA DE LAROSA,<br><br>Defendant. | No.  6:19-po-00267-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

     Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.  The parties have reached a resolution in this matter wherein the Government will dismiss citations number 2935661 and 2935958 and convert citation number 2935660 to a bailable offense with a forfeiture amount of $180 and a processing fee of $30. The Defendant will pay through the total collateral of $210 to the Central Violations Bureau within 30 days.

     .

     Dated:  August 19, 2019           NATIONAL PARK SERVICE

                                                /S/ Susan St. Vincent
                                                Susan St. Vincent
                                                Legal Officer

ORDER

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED in the above-referenced matter, *United States v. De Larosa* 6:19-po-00267-JDP, that citation numbers 2935661 and 2935958 be dismissed, without prejudice, in the interest of justice, and that defendant will pay through the total collateral of $210 to the Central Violations Bureau within 30 days of the date of this order for citation number 2935660.

IT IS SO ORDERED.

Dated:   August 21, 2019

_____
UNITED STATES MAGISTRATE JUDGE